**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KYAN WASHINGTON,

                Plaintiff,

-against-

CORRECTION OFFICER O'MAHONEY,
CAPTAIN TRUTA, CAPTIN SMALLS, and
THE CITY OF NEW YORK,
                Defendants.
-----------------------------------------------------------X

**16 CIVIL** 9546 (ER)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 18, 2020, Defendants' Motion for Summary Judgement is GRANTED on all of the federal claims. It declines to retain supplemental jurisdiction over the remaining state law claims and therefore those claims are DISMISSED without prejudice; accordingly, the case is closed.

**Dated:** New York, New York
         March 18, 2020

                                                **RUBY J. KRAJICK**
                                                  Clerk of Court

**BY:**

                                                          **Deputy Clerk**